**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01303-CV

**JOHN WILLIAMS, Appellant**

**V.**

**DART TRANSIT, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00720-B**

## ORDER

We **DENY** appellant's September 29, 2015 motion to compel arbitration.


/s/    CRAIG STODDART
        JUSTICE